## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

T.G.

                         Plaintiff,

v.                                           Case No.: 1:17−cv−03571
                                                     Honorable Joan B. Gottschall

Chicago Public Schools District #299, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2019:

       MINUTE entry before the Honorable Joan B. Gottschall: Defendants' agreed motion for entry of a protective order [87] is granted. Enter order. The motion hearing set for 6/5/19 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.